UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT L. DUESLER, | ) | No. SACV 09-1231 JSL (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| BEN CURRY, Warden, CTF, *et al.*, | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 4/20/11

*Spencer Letts*

J. SPENCER LETTS
United States District Judge